

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Rodney Carnell Mays v. The State of Texas

Appellate case number:   01-13-00805-CR

Trial court case number:  1875634

Trial court:                     County Court at Law No. 7 of Harris County

This is an appeal from a sentence imposed on September 4, 2013. Appellant filed his notice of appeal on September 6, 2013. *See* TEX. R. APP. P. 26.2. The record was due on November 4, 2013. *See* TEX. R. APP. P. 4.1(a), 35.2. The clerk's record was filed on October 29, 2013. The reporter's record has not been filed.

On January 16, 2014, the Court granted in part appellant's motion for extension of time to pay for the reporter's record. The Court further notified appellant that unless appellant either paid or provided proof of having made payment arrangements for the reporter's record by January 22, 2014, the Court may consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant has not provided the Court with evidence showing that he has paid or made arrangements to pay the court reporter. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.*

As stated in the Court's January 16, 2014 order, appellant's brief is **ORDERED** filed with this Court no later than February 21, 2014. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                 ☒ Acting individually   ☐ Acting for the Court

Date: February 6, 2014